```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW FRONTIER TECHNOLOGIES LLC,

                Plaintiff,

    -against-

ENERGYBOX INC.,

                Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

25-CV-59 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for settlement purposes (docket no. 20). A telephone conference will be held on **Thursday, April 24, 2025 at 10:30 a.m.** in advance of a settlement conference. Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

    SO ORDERED.

Dated: April 16, 2025
       New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge