May 27, 2025



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __05/28/2025__

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York  NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
bclplaw.com

Matias R. Gallego-Manzano
Associate
Direct:  +1 212 541 2048
Fax:  +1 212 261 9848
matias.gallegomanzano@bclplaw.com

**VIA ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *New Frontier Technologies LLC. v. Energybox Inc.,* Civil Case No. 1:25-cv-00059-ER,
       Letter Motion for Adjournment of Settlement Conference

Dear Magistrate Judge Parker:

We represent the plaintiff in the above-referenced action.  We write to request an adjournment of the settlement conference scheduled for July 7, 2025, at 10 a.m. to a new date between July 21 and July 23 or a later date that is convenient for the Court.  Unfortunately, Plaintiff's representative is not available on July 7.  Defendant consents to this request.

Respectfully submitted,

  BRYAN CAVE LEIGHTON PAISNER LLP

  By: */s/  Matias Gallego-Manzano*
       Matias Gallego-Manzano
  *Counsel for Plaintiff*

---

**APPLICATION GRANTED:**  The settlement conference in this matter scheduled for Monday, July 7, 2025 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Wednesday, August 6, 2025 at 10:00 a.m.  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than July 30, 2025 by 5:00 p.m.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**05/28/2025**