## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW FRONTIER TECHNOLOGIES LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ENERGYBOX INC.,<br><br>      Defendant. | Civil Case No. 1:25-cv-00059-ER<br><br>**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER** |

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties <u>do not consent</u> to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case <u>is not</u> to be tried to a jury.

3. Joinder of additional parties must be accomplished by <u>August 29, 2025</u>.

4. Amended pleadings may be filed until <u>May 30, 2025</u>.

5. Interrogatories shall be served no later than <u>May 30, 2025</u>, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 <u>shall</u> apply to this case.

6. First request for production of documents, if any, shall be served no later than <u>May 30, 2025</u>.

7. Non-expert depositions shall be completed by <u>December 19, 2025</u>.   .

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders,

        non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than <u>October 30, 2025</u>.

9. Requests to Admit, if any, shall be served no later than <u>June 30, 2025</u>.

10. Expert reports shall be served no later than <u>October 30, 2025</u>.

11. Rebuttal expert reports shall be served no later than <u>November 20, 2025</u>.

12. Expert depositions shall be completed by <u>December 19, 2025</u>.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof:

    Initial Disclosures shall be served no later than <u>May 2, 2025</u>.

14. **ALL DISCOVERY SHALL BE COMPLETED BY <u>DECEMBER 19, 2025</u>**.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. <u>Katharine H. Parker</u>.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for December 19, 2025, At 11:30 a.m.. ~~(The Court will set this date at the initial conference.)~~

SO ORDERED.

Dated:   <u>New York, New York</u>

                                                              Edgardo Ramos, U.S. District Judge