UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW FRONTIER TECHNOLOGIES LLC,

Plaintiff,

*-against-*

ENERGYBOX INC.,

Defendant.

**ORDER**

25-cv-00059 (ER)

RAMOS, D.J.:

New Frontier Technologies LLC brought this suit against Energybox Inc. in January 2025. Doc. 1. At a status conference held on June 18, 2026, the Court granted the parties "an additional and final thirty days to finalize [a] settlement" and directed them to file a status letter by July 17, 2026. *See* June 18, 2026, Dkt. Entry. The Court further stated that, if the parties did not settle by that date, they must also file a proposed discovery plan and scheduling order. *Id.* Since then, however, the parties have not filed a status update or proposed scheduling order. The parties are therefore directed to comply with the Court's June 18, 2026, order by October 15, 2026.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge